IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MICHAEL C. JAMES | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-20 |
| DAVID GUITERRIEZ, *et al.*, | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Michael C. James, an inmate confined at the Mark Stiles Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants David Guiterriez, Chairman of the Texas Board of Pardons and Paroles, Ressie Owens, Chairman of the Texas Board of Pardons and Paroles, Paul Keil, John Doe, and Jane Doe.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing Plaintiff's claims for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) [Dkt. 4].

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is ADOPTED. A final judgment will be entered in accordance

---

[1] Plaintiff received a copy of the Report and Recommendation on April 18, 2023 [Dkt. 5].

with the recommendations of the magistrate judge.

**SIGNED this 28th day of September, 2023.**

 

Michael J. Truncale
United States District Judge